# CIVIL COVER SHEET

JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Salvatore Tantillo

**DEFENDANTS**
Susan Lynch, NYS Trooper Brandon D. Smith, Frank and Son Autobody, Prue Insurance, Arbitrations Forums Inc.

(b) County of Residence of First Listed Plaintiff: **Delaware**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [X] 1  DEF [ ] 1
- Citizen of Another State: PTF [X] 2  DEF [ ] 2

## IV. NATURE OF SUIT
- [X] 110 Insurance
- [X] 370 Other Fraud
- [X] 385 Property Damage Product Liability
- [X] 375 False Claims Act
- [X] 896 Arbitration
- [X] 899 Administrative Procedure Act/Review or Appeal of Agency Decision

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
9 U.S.C. § 10 (a) 1, 3 - U.S.C. § 572 - 8 U.S.C. § 1033 part 1 chapter 47 (i) a (3) a
15 U.S.C. § 6604 chapter 92

Brief description of cause: Insurance Fraud

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

DATE: November 17, 2023
SIGNATURE OF ATTORNEY OF RECORD: Sal-Tan

**FOR OFFICE USE ONLY**
RECEIPT # 279F4NPK   AMOUNT $402.00   JUDGE TJM   MAG. JUDGE ML
3:23-CV-1447