UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SALVATORE TANTILLO,

                Plaintiff,

v.

NEW YORK STATE TROOPER BRANDON D. SMITH, COMPLETE CLAIMS SERVICES, L.L.C., FRANK AND SON AUTOBODY, PURE INSURANCE, SUSAN LYNCH, ARBITRATION FORUMS INC.,

                Defendants.

**NOTICE OF MOTION**

Docket No. 3:23-cv-1447 (TJM/ML)

---

| | |
|---|---|
| **MOTION MADE BY:** | Defendant Arbitration Forums, Inc. |
| **DATE, TIME, AND PLACE OF HEARING:** | To be determined by Order of the Court |
| **SUPPORTING PAPERS:** | (1) Declaration of Timothy McKernan with supporting exhibit; and (2) Memorandum of Law in support of Motion to Dismiss. |
| **RELIEF DEMANDED:** | (1) Dismissal of the complaint pursuant to Federal Rule of Civil Procedure 12 (b) (1), (5), and (6) for lack of subject-matter jurisdiction, insufficient service of process, and failure to state a claim upon which relief can be granted, respectively; and (2) for such other and further relief the Court may deem just and proper. |
| **REPLY PAPERS:** | Defendant Arbitration Forums, Inc. intends to submit reply papers. |
| **ORAL ARGUMENT:** | Not requested. |

Dated:    Albany, New York
           December 8, 2023

                                      **GERBER CIANO**
                                      **KELLY BRADY LLP**

                                            /s/ David P. Johnson
                                           (Bar Roll No. 700429)
                                    By: _____
                                    David P. Johnson, Esq.
                                    John J. Jablonski, Esq.
                                    Bar Roll No. 510921
                                    *Attorneys for Defendant Arbitration Forums, Inc.*
                                    PO Box 1060
                                    Buffalo, New York 14201
                                    Phone: (518) 901-2143
                                    djohnson@gerberciano.com
                                    jjablonski@gerberciano.com

To:    *Via Certified Mail*
        Salvatore Tantillo
        103 Auslander Road
        Roscoe, NY 12776

        All Other Parties
        Upon Appearance