UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SALVATORE TANTILLO,

      Plaintiff,

v.

NEW YORK STATE TROOPER BRANDON D. SMITH, COMPLETE CLAIMS SERVICES, L.L.C., FRANK AND SON AUTOBODY, PURE INSURANCE, SUSAN LYNCH, ARBITRATION FORUMS INC.,

      Defendants.

**Civil Action No.
3:23-cv-1447 (TJM/ML)**

---

## CERTIFICATE OF SERVICE

I certify that on the 8th day of December, 2023, I have served a copy of the foregoing Notice of Motion to Dismiss, Memorandum of Law in Support along with copies of authorities cited therein which are unpublished or published exclusively on electronic databases, and the Declaration of Timothy McKernan with supporting exhibit, on all interested parties in accordance with ECF rules by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system.

I also served a copy via Certified Mail on Pro Se Plaintiff, Salvatore Tantillo at 103 Auslander Road, Roscoe, New York 12276.

**GERBER CIANO KELLY BRADY LLP**

   *s/ David P. Johnson*
By: David P. Johnson, Esq.
Bar Roll No. 700429
*Attorneys for Defendant
Arbitration Forums, Inc.*
PO Box 1060
Buffalo, New York 14201
(518) 901-2143
djohnson@gerberciano.com