UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SALVATORE TANTILLO,

                Plaintiff

  -against-

NEW YORK STATE TROOPER BRANDON D. SMITH, COMPLETE CLAIMS SERVICES, LLC, FRANK AND SONS AUTOBODY, PURE INSURANCE, SUSAN LYNCH and ARBITRATION FORUMS, INC.,

                Defendants.
-----------------------------------------------------------------x

Docket No. 23-cv-1447(TJM/ML)

**<u>NOTICE OF MOTION</u>**

| | |
|---|---|
| **MOTION MADE BY:** | Defendants Pure Insurance and Susan Lynch |
| **DATE, TIME AND PLACE OF HEARING:** | To be determined by Order of the Court |
| **SUPPORTING PAPERS:** | Affirmation of Jason M. Bernheimer, Esq., and all the Exhibits annexed thereto; Affidavit of Susan Lynch; Affidavit of Nitasha Bansal; and Memorandum of Law. |
| **RELIEF DEMANDED:** | 1) Dismissal of the complaint pursuant to Fed. R. Civ. Pro. 12(b)(1), (5) and (6) for lack of subject-matter jurisdiction, insufficient service of process and failure to state a claim upon which relief can be granted; and 2) such other and further relief as this Court may deem just and proper. |
| **REPLY PAPERS:** | Defendants Pure Insurance and Susan Lynch intend to submit reply papers. |
| **ORAL ARGUMENT:** | Not requested. |

Dated:  Chappaqua, New York
        December 22, 2023

Yours, etc.,

KEANE & BERNHEIMER, PLLC

By: _____
JASON M. BERNHEIMER (Bar No. 704961)
Attorneys for Defendants
PRIVILEGE UNDERWRITERS RECIPROCAL
EXCHANGE s/h/a PURE INSURANCE and
SUSAN LYNCH
480 Bedford Road – Suite 3201
Chappaqua, New York 10514-1715
(914) 345-0005
File No. 23-031/220353
jbernheimer@kbnylaw.com

TO:   *Via Certified Mail*
      SALVATORE TANTILLO
      Plaintiff *Pro Se*
      103 Auslander Road
      Roscoe, New York 12776

      *Via ECF*
      GERBER CIANO KELLY & BRADY, LLP
      Attorneys for Defendant
      ARBTIRATION FORUMS, INC.
      PO Box 1060
      Buffalo, New York 14201
      (518) 901-2143
      djohnson@gerberciano.com
      jjablonski@gerberciano.com

      Erin P. Mead, Esq.
      NYS Office of The Attorney General
      Attorney for Defendant
      NEW YORK STATE TROOPER BRANDON D. SMITH
      The Capitol
      Albany, New York 12224
      (518) 776-2721
      Erin.Mead@ag.ny.gov

      All Other Parties Upon Appearance