# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT
MV-104A (5/22)

Page 1 of 2 Pages
Local Codes: SP1F87GS6BNX
☐ AMENDED REPORT

**Accident Date:** Month 05 Day 27 Year 2023
**Day of Week:** SATURD
**Military Time:** 11:15
**No. of Vehicles:** 2
**No. Injured:** 0
**No. Killed:** 0
**Not Investigated at Scene:** ☐
**Accident Reconstructed:** ☐
**Left Scene:** ☐
**Police Photos:** ☐ Yes ☒ No

### VEHICLE 1
- VEHICLE 1 - Driver License ID Number: [redacted]
- State of Lic.: NY
- Driver Name - exactly as printed on license: TANTILLO, SALVATORE
- Address: 103 AUSLANDER RD
- City or Town: ROSCOE
- State: NY
- Zip Code: 127760000
- Sex: M
- Unlicensed: ☐
- No. of Occupants: 1
- Public Property Damaged: ☐
- Name—exactly as printed on registration: STIRTON, CATHERINE
- Address: 103 AUSLANDER RD
- City or Town: ROSCOE
- State: NY
- Zip Code: 12776
- Plate Number: HBR8406
- State of Reg.: NY
- Vehicle Year & Make: 2015 RAM
- Vehicle Type: PICK
- Ins. Code: 328

### VEHICLE 2 ☒
☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN
- VEHICLE 2 - Driver License ID Number: [redacted]
- State of Lic.: CT
- Driver Name: LYNCH, SUSAN E
- Address: 8 BAYBERRY LN
- City or Town: GREENWICH
- State: CT
- Zip Code: 068310000
- Sex: F
- Unlicensed: ☐
- No. of Occupants: 1
- Public Property Damaged: ☐
- Name—exactly as printed on registration: LYNCH, SUSAN E
- Sex: F
- Address: 8 BAYBERRY LN
- City or Town: GREENWICH
- State: CT
- Zip Code: 068310000
- Plate Number: 865UVE
- State of Reg.: CT
- Vehicle Year & Make: 2014 JAGU
- Vehicle Type: 2DSD
- Ins. Code: 989

### VEHICLE 1 DAMAGE CODES
- Box 1 - Point of Impact: 7
- Box 2 - Most Damage: 7
- Enter up to three more Damage Codes: 3, 4, 5 / 7, 8, 6

### VEHICLE 2 DAMAGE CODES
- Box 1 - Point of Impact: 3
- Box 2 - Most Damage: 3
- Enter up to three more Damage Codes: 3

### Accident Diagram
Circled: Rear End (1)
See the second page for the accident diagram

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes ☐ No

**Place Where Accident Occurred:** County SULL, Town of ROCKLAND, TOWN OF
**Road on which accident occurred:** OLD ROUTE 17
at 1) intersecting street: _____
or 2) 10 Feet N of OLD ROUTE 17

### Accident Description/Officer's Notes
OP-V1 STATES WHILE BACKING IN THE SUNOCO PARKING LOT HE FAILED TO OBSERVED PARKED V-2 AND SUBSEQUENTLY STRUCK V-2 WITH THE REAR PORTION OF V-1, BOTH VEHICLES DRIVEN FROM SCENE.

### All Involved

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 4 | 1 | 59 | M | - | - | - | | | | | TANTILLO, SALVATORE | |
| B | 02 | 1 | 4 | 1 | 82 | F | - | - | - | | | | | LYNCH, SUSAN E | |

**Officer's Rank and Signature:** TPR B. Smith
**Print Name in Full:** BRANDON D SMITH
**Badge/ID No.:** 4230
**NCIC No.:** 15201
**Precinct/Post Troop/Zone:** F1
**Station/Beat/Sector:** 15
**Reviewing Officer:** SAVOIA, CATHERI
**Date/Time Reviewed:** 05/28/2023 19:46

# POLICE ACCIDENT REPORT

New York State Department of Motor Vehicles
MV-104A (5/22)

Page 2 of 2 Pages

Local Codes: SP1F87GS6BNX

☐ AMENDED REPORT

**Accident Date:** Month 05 Day 27 Year 2023
**Day of Week:** SATURD
**Military Time:** 11:15
**No. of Vehicles:** 2
**No. Injured:** 0
**No. Killed:** 0
**Not Investigated at Scene:** ☐
**Accident Reconstructed:** ☐
**Left Scene:** ☐
**Police Photos:** ☐ Yes ☒ No

## VEHICLE 1
(all fields blank)

## VEHICLE 2 / BICYCLIST / PEDESTRIAN / OTHER PEDESTRIAN
(all fields blank)

### Vehicle Damage Coding:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

### Accident Diagram
Rear End (marked with X)
See the second page for the accident diagram.

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes ☐ No

**Reference Marker:** (blank)
**Coordinates:** Latitude/Northing: 507429  Longitude/Easting: 4642144

**Place Where Accident Occurred:**
County: SULL ☐ City ☐ Village ☒ Town of ROCKLAND, TOWN OF
Road on which accident occurred: OLD ROUTE 17
at 1) intersecting street: (blank)
or 2) 10 Feet ☒ N ☐ S ☐ E ☐ W of OLD ROUTE 17

**Officer's Rank and Signature:** TPR B. Smith
**Print Name in Full:** BRANDON D SMITH
**Badge/ID No.:** 4230
**NCIC No.:** 15201
**Precinct/Post Troop/Zone:** F1
**Station/Beat/Sector:** 15
**Reviewing Officer:** SAVOIA, CATHERI
**Date/Time Reviewed:** 05/28/2023 19:46