**PURE**  | Workfile ID: 7419861e
WHITE PLAINS | Federal ID: 11-3469384

## COMPLETE CLAIMS SERVICE

Complete Claims Service - Member of I.A.D.A - For supplements email:supplements@completeclaims.com
PO Box 201
Massapequa, NY 11758
Phone: (516) 935-8780, FAX:(516) 939-0520
Admin@CompleteClaims.com

### Estimate of Record

**Owner:** Lynch, Susan  **Job Number:** 2859908

Written By: Peter Wu, 1459992
Adjuster: NOZEDAR, MATTHEW, (888) 813-7873 Business

| | | |
|---|---|---|
| Insured: Lynch, Susan | Policy #: PA212498304 | Claim #: NY-030-394-272979 |
| Type of Loss: Collision | Date of Loss: 5/27/2023 3:16 PM | Days to Repair: 8 |
| Point of Impact: 11 Left Front | | |

| Owner: | Inspection Location: | Repair Facility: |
|---|---|---|
| Lynch, Susan | Frank & Son Auto Body | Frank & Son Auto Body |
| c/o BridgePoint Risk Management | 1530 Stillwell Avenue | 1530 Stillwell Avenue |
| 5 Greenwich Office Park | Bronx, NY 10461 | Bronx, NY 10461 |
| Greenwich, CT 06831 | Repair Facility | (718) 822-6726 Business |
| (203) 629-3634 Evening | (718) 822-6726 Business | (718) 931-1740 Fax |
|  | Date Inspected: 6/5/2023 | License #: 7064314 |

### VEHICLE

2014 JAGU F-TYPE S 2D CNVT 6-3.0L Supercharged Gasoline Gasoline Direct Injection GREEN

| | | | |
|---|---|---|---|
| VIN: SAJWA6FC3E8K07519 | Production Date: 9/2013 | Interior Color: | |
| License: 865UVE | Odometer: 20,476 | Exterior Color: | GREEN |
| State: CT | Condition: Good | | |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | Air Conditioning | CD Player | Bucket Seats |
| Automatic Transmission | Intermittent Wipers | Auxiliary Audio Connection | Reclining/Lounge Seats |
| **POWER** | Tilt Wheel | Premium Radio | Leather Seats |
| Power Steering | Cruise Control | Equalizer | **WHEELS** |
| Power Brakes | Rear Defogger | **SAFETY** | Aluminum/Alloy Wheels |
| Power Windows | Keyless Entry | Drivers Side Air Bag | **PAINT** |
| Power Locks | Alarm | Passenger Air Bag | Clear Coat Paint |
| Power Mirrors | Message Center | Anti-Lock Brakes (4) | **OTHER** |
| Heated Mirrors | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Traction Control |
| Power Driver Seat | Telescopic Wheel | Front Side Impact Air Bags | Stability Control |
| Power Passenger Seat | Climate Control | Head/Curtain Air Bags | Rear Spoiler |
| **DECOR** | Navigation System | Positraction | Signal Integrated Mirrors |
| Dual Mirrors | **RADIO** | Hands Free Device | Xenon or L.E.D. Headlamps |

## Estimate of Record

**Owner: Lynch, Susan**  **Job Number: 2859908**

2014 JAGU F-TYPE S 2D CNVT 6-3.0L Supercharged Gasoline Gasoline Direct Injection GREEN

| | | | |
|---|---|---|---|
| Tinted Glass | AM Radio | Roll Bar | Headlamp Washers |
| Console/Storage | FM Radio | **ROOF** | |
| Overhead Console | Stereo | Power Convertible Roof | |
| **CONVENIENCE** | Search/Seek | **SEATS** | |

## Estimate of Record

**Owner: Lynch, Susan**  **Job Number: 2859908**

2014 JAGU F-TYPE S 2D CNVT 6-3.0L Supercharged Gasoline Gasoline Direct Injection GREEN

| Line | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | |
| 2 | | O/H front bumper | | | | 4.5 | |
| 3 | Repl | Bumper cover | T2R17547LML | 1 | 2,057.29 | Incl. | 3.0 |
| 4 | | Add for Clear Coat | | | | | 1.2 |
| 5 | Repl | LT Mount bracket | T2R25533 | 1 | 100.83 | Incl. | |
| 6 | # | Prep prime seal block and seal | | 1 | 52.00 | 1.2 | 1.2 |
| 7 | R&I | Impact bar | | | | 0.8 | |
| 8 | * Rpr | Impact bar | | | | 1.0 | 1.0 |
| | | Note: Cosmetic clean up | | | | | |
| 9 | **FRONT LAMPS** | | | | | | |
| 10 | Repl | LT Headlamp assy w/o adaptive lamp chrome bezel | T2R18052 | 1 | 3,403.62 | 1.5 | |
| 11 | | Aim headlamps | | | | 0.5 | |
| 12 | | Deduct for Overlap | | | | -0.9 | |
| 13 | **RADIATOR SUPPORT** | | | | | | |
| 14 | * Algn | Tie bar | | | | 1.0 | |
| 15 | **HOOD** | | | | | | |
| 16 | R&I | R&I hood assy | | | | 0.7 | |
| 17 | R&I | Seal to hood | | | | 0.3 | |
| 18 | R&I | RT End seal | | | | 0.1 | |
| 19 | R&I | LT End seal | | | | 0.1 | |
| 20 | * Algn | RT Hinge | | | | 0.3 | |
| 21 | * Algn | LT Hinge | | | | 0.3 | |
| 22 | * Rpr | Hood RWD (ALU) | | | | 1.5 | 3.0 |
| 23 | | Add for Clear Coat | | | | | 1.2 |
| 24 | R&I | RT Air vent grille w/o SVR satin black | | | | 0.2 | |
| 25 | R&I | LT Air vent grille w/o SVR satin black | | | | 0.2 | |
| 26 | **FENDER** | | | | | | |
| 27 | R&I | LT R&I fender assy | | | | 3.9 | |
| 28 | R&I | LT Fender liner w/o SVR w/o ceramic brakes | | | | 0.4 | |
| 29 | Blnd | LT Fender w/o SVR (ALU) | | | | | 0.9 |
| | | Note: rpr area under 6" | | | | | |
| 30 | R&I | LT Vent louver bright satin black mesh | | | | 0.3 | |
| 31 | * Rpr | LT Fender mtg bkt to VIN K29097 (ALU) | | | | 1.5 | 0.3 |
| 32 | **WHEELS** | | | | | | |
| 33 | * Subl | LT/Front Wheel, alloy Tornado, silver front | | 1 | 175.00 m | | |
| 34 | # | Road force mount/balance | | 1 | 45.00 | 0.3 | |
| 35 | # | TPPMS Reset | | 1 | | 0.3 | |

**Estimate of Record**

---

**Owner: Lynch, Susan**  **Job Number: 2859908**

2014 JAGU F-TYPE S 2D CNVT 6-3.0L Supercharged Gasoline Gasoline Direct Injection GREEN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | **FRONT SUSPENSION** | | | | | | | |
| 37 | | Repl | Wheel alignment align four wheels | 1 | | m | 2.2 | |
| 38 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 39 | # | Rpr | Battery D&R | | | | 0.1 | |
| 40 | * | Repl | Cover car/bag x3 | 3 | 15.00 | | 0.6 | |
| 41 | # | Repl | Flex Kit | 1 | 8.50 | | | |
| 42 | # | Rpr | Denib & Polish | | | | 1.0 | |
| 43 | # | Rpr | Pre-Scan | | | | 1.0 | |
| 44 | # | Rpr | Color Sand & Buff | | | | 1.6 | |
| 45 | # | Refn | Feather, Prime, Block & Sand for refinish | | | | | 1.2 |
| 46 | # | Rpr | Set Up & Measure Celette bench | | | | 7.0 | |
| 47 | # | Rpr | Post-Scan | | | | 1.0 | |
| 48 | # | Rpr | Unibody Realignment | | | | 2.0 F | |
| 49 | # | Rpr | Pinch Weld Repair | | | | 1.0 | 1.0 |
| 50 | # | Repl | Rustproofing-Corrosion Protection | 1 | 10.00 T | | 0.2 | |
| 51 | # | | Prewash for rpr/primer/refn/polish | 1 | | | 1.5 | |
| 52 | # | | Spray out panels | 1 | | | | 1.0 |
| 53 | # | | Color tint | 1 | | | | 0.5 |
| 54 | # | | Calibrate ADAS | 1 | | | 1.5 | |
| 55 | # | | Trickle charger during rprs | 1 | | | 0.5 | |
| 56 | # | | Trial fit parts | 1 | | | 1.0 | |
| | | | Note: During alignment | | | | | |
| | | | **SUBTOTALS** | | **5,867.24** | | **42.2** | **15.5** |

---

**NOTES**

Prior Damage Notes:
NONE

## Estimate of Record

**Owner: Lynch, Susan**   **Job Number: 2859908**

2014 JAGU F-TYPE S 2D CNVT 6-3.0L Supercharged Gasoline Gasoline Direct Injection GREEN

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 5,857.24 |
| Body Labor | 40.2 hrs | @ | $ 125.00 /hr | 5,025.00 |
| Paint Labor | 15.5 hrs | @ | $ 125.00 /hr | 1,937.50 |
| Frame Labor | 2.0 hrs | @ | $ 125.00 /hr | 250.00 |
| Paint Supplies | 15.5 hrs | @ | $ 35.00 /hr | 542.50 |
| Miscellaneous | | | | 10.00 |
| Subtotal | | | | 13,622.24 |
| Sales Tax | $ 13,622.24 | @ | 8.6250 % | 1,174.92 |
| **Total Cost of Repairs** | | | | **14,797.16** |
| Deductible | | | | 1,000.00 |
| **Total Adjustments** | | | | **1,000.00** |
| **Net Cost of Repairs** | | | | **13,797.16** |

"PURSUANT TO SECTION 2610 OF THE INSURANCE LAW, AN INSURANCE COMPANY CANNOT REQUIRE THAT REPAIRS BE MADE TO A MOTOR VEHICLE IN A PARTICULAR PLACE OR REPAIR SHOP. YOU HAVE THE RIGHT TO HAVE YOUR VEHICLE REPAIRED IN THE SHOP OF YOUR CHOICE".

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE BY THE ORIGINAL MANUFACTURER.  PARTS USED IN THE REPAIR OF YOUR VEHICLE BY OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO REPLACEMENT PARTS AVAILABLE FROM THE ORIGINAL MANUFACTURER.

Notice: PURE refers to Privilege Underwriters Reciprocal Exchange and is a member insurer of the PURE Group of Insurance Companies.

**NOTICE: YOU HAVE THE RIGHT TO CHOOSE THE LICENSED REPAIR SHOP WHERE THE DAMAGE TO YOUR MOTOR VEHICLE WILL BE REPAIRED.**

## Estimate of Record

**Owner: Lynch, Susan**                                                                 **Job Number: 2859908**

2014 JAGU F-TYPE S 2D CNVT 6-3.0L Supercharged Gasoline Gasoline Direct Injection GREEN

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless otherwise noted, (a) all items are derived from the Guide ERB4760, CCC Data Date 05/16/2023, and potentially other third party sources of data; and (b) the parts presented are OEM-parts.  OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution.  OEM parts are available at OE/Vehicle dealerships or the specified supplier.  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.    Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source.  Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS.  Used parts are described as LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.

Some 2023 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category. M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel. CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel. HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty=Quantity.  Refn=Refinish.  Repl=Replace. R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel. Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.