*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*



May 30, 2023

Susan Lynch
8 Bayberry Ln
Greenwich CT  06831-3008

**State Farm Claims**
PO Box 52250
Phoenix AZ 85072-2250

RE:  Claim Number:  52-50L3-37R
     Date of Loss:  May 27, 2023
     Our Insured:   Salvatore Tantillo
     Claimant:      Susan Lynch

Dear Susan Lynch:

Our obligation as an insurer is to pay for damages relating to this loss for which our insured is legally liable. Our investigation indicates our insured is not legally liable; therefore, we must respectfully deny your claim.

If you have questions or need assistance, call us at (844) 292-8615  Ext. 126.

Sincerely,

Sandra Sargent CLU®, CPCU®
Claim Specialist
(844) 292-8615  Ext. 126
statefarmclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at (844) 292-8615 Ext. 126 to discuss sensitive information.*

State Farm Mutual Automobile Insurance Company