```
PAYMENT NO      1 28 568096 J              CLAIM NO    52-50L3-37R
PAYMENT AMOUNT  $14,797.16                 LOSS DATE   05-27-2023
ISSUE DATE      09-25-2023                 POLICY NO   3596-894-52A
AUTHORIZED BY   CAMPBELL, VIRGINIA         INSURED     TANTILLO, SALVATORE &
PHONE           (855) 341-8184
```

PURE INSURANCE
PO BOX 3068
BLOOMINGTON IL  61702-3068

REMARKS    arb award # NY-030-394

| COVERAGE DESCRIPTION | ON BEHALF OF | AMOUNT |
|---|---|---|
| PROPERTY DAMAGE LIABILITY | LYNCH, SUSAN | 14,797.16 |

RETAIN STUB FOR RECORDS

StateFarm  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY       1 28 568096 J
DEFENSIVE SUBROGATION AND        JPMORGAN CHASE BANK, NA  56-1544/441
DEFENSIVE SUBROG  PAGECNTQ.P74   COLUMBUS, OH

CLAIM NO  52-50L3-37R     INSURED  TANTILLO, SALVATORE &          DATE  09-25-2023
LOSS DATE 05-27-2023                                                    MM DD YYYY

OCT 0 2 2023  ZC

*******************************************************EXACTLY
FOURTEEN THOUSAND SEVEN HUNDRED NINETY-SEVEN AND 16/100 DOLLARS       $****14,797.16

Pay to the
Order of:  PURE INSURANCE, AS SUBROGEE OF SUSAN LYNCH      2915614-04

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

SECURED DOCUMENT WATERMARK APPEARS ON BACK, HOLD AT 45° ANGLE FOR VIEWING

120-4582.1   10-07-2013

This Notice Only Applies to Vendors and Service Providers:
By endorsing this payment for your services, you agree not to use or disclose any personal customer information received from us unless necessary for the services we requested.

MUST BE ENDORSED BY ALL PAYEES