(http://www.dfs.ny.gov/)



## Ins. Company Search
### Company Detail
Company Search    Print or Save details

| | | | | | |
|---|---|---|---|---|---|
| NAIC#: | 12873 | DOM: | Florida | Group: | Tokio Marine Holdings | Phone: | 914-328-8117 |
| CPAF: | 6685 | ORG: | REC | Group#: | 3098 | Spl Risk: | |
| DMV#: | 712 | Website: | PUREHNW.COM | Admitted Dt: | 09/10/2008 | FId: | |

**Privilege Underwriters Reciprocal Exchange**
44 South Broadway
Suite 301
White Plains, NY 10601

*Company Name History:*
 (No Data Available)

*Current Writing Powers:*

| NYS Insurance Law Section | Line of Business Code | Description |
|---|---|---|
| 1113(a) | 4 | Fire |
| 1113(a) | 5 | Miscellaneous Property |
| 1113(a) | 6 | Water Damage |
| 1113(a) | 7 | Burglary And Theft |
| 1113(a) | 8 | Glass |
| 1113(a) | 9 | Boiler And Machinery |
| 1113(a) | 10 | Elevator |
| 1113(a) | 11 | Animal |
| 1113(a) | 12 | Collision |
| 1113(a) | 13 | Personal Injury Liability |
| 1113(a) | 14 | Property Damage Liability |
| 1113(a) | 15 | Workers' Compensation And Employers' Liability |
| 1113(a) | 19 | Motor Vehicle And Aircraft Physical Damage |
| 1113(a) | 20 | Marine And Inland Marine |
| 1113(a) | 21 | Marine Protection And Indemnity |

### HELP AND INFORMATION

 Get Help (/web/guest/portal-help)     Visit Us (http://www.dfs.ny.gov)