# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)SS:
COUNTY OF WESTCHESTER )

STEPHANIE PHILLIPS, being duly sworn, says:

I am not a party to the action, am over 18 years of age and reside in Brewster, New York.

On December 22, 2023, I served a true copy of the within **Motion to Dismiss, Affirmation in Support with Exhibits Affidavit of Susan Lynch, Affidavit of Nitasha Bansal and Memorandum of Law** by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service via Certified Return Receipt Mail within the State of New York addressed to the last known address of the addressee of the following non-CM/ECF participants as indicated below:

*Via Certified Mail*
SALVATORE TANTILLO
Plaintiff *Pro Se*
103 Auslander Road
Roscoe, New York 12776

And On December 22, 2023, I electronically filed the above-referenced documents with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

*Via ECF*
GERBER CIANO KELLY & BRADY, LLP
Attorneys for Defendant
ARBTIRATION FORUMS, INC.
PO Box 1060
Buffalo, New York 14201
djohnson@gerberciano.com
jjablonski@gerberciano.com

Erin P. Mead, Esq.
NYS Office of The Attorney General
Attorney for Defendant
NYS TROOPER BRANDON D. SMITH
The Capitol
Albany, New York 12224
Erin.Mead@ag.ny.gov

_____
STEPHANIE PHILLIPS

SWORN to before me this
22th day of December, 2023.

_____
JASON M. BERNHEIMER
Notary Public, State of New York
No. 02BE6019121
Qualified in Westchester County
Commission Expires February 1, 2027