UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SALVATORE TANTILLO,

                       *Plaintiff*,

-against-

NEW YORK STATE TROOPER BRANDON D. SMITH, COMPLETE CLAIMS SERVICES, L.L.C FRANK AND SON AUTOBODY, PURE INSURANCE, SUSANT LYNC, ARBITRATION FORUMS, INC.,

                       *Defendants*.

**DECLARATION OF SERVICE**

23-CV-1447

TJM/ML

---

      I, SHANNON BAUER, declare pursuant to 28 USC § 1746, that on January 11, 2024, I served the annexed **Stipulation of Discontinuance** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Salvatore Tantillo
103 Auslander Road
Roscoe, NY 12776

Dated:  Albany, New York
          January 11, 2024

                                               *s/ Shannon Bauer*
                                               Shannon Bauer