UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SALVATORE TANTILLO,

                Plaintiff,

v.

NEW YORK STATE TROOPER BRANDON D.
SMITH, COMPLETE CLAIMS SERVICES, L.L.C
FRANK AND SON AUTOBODY, PURE INSURANCE,
SUSANT LYNC, ARBITRATION FORUMS, INC.

                Defendants.

**STIPULATION OF DISCONTINUANCE**
Docket No. 3:23-cv-1447 (TJM/ML)

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the Plaintiff and attorneys of record for Defendants in the above-entitled action, and no party being an infant or incompetent for whom a committee has been appointed, that this matter is dismissed on the merits and with prejudice as against defendant New York State Trooper Brandon D. Smith ONLY, without costs to any party.

    Nothing in this Stipulation shall be construed as discontinuing or limiting Plaintiff's remaining causes of action against the remaining defendants.

    This Stipulation may be filed without further notice with the Clerk of the Court.

By: Salvatore Tantillo, *Pro Se*
Plaintiff
103 Auslander Road
Roscoe, NY 12776

S/ Erin Mead

Letitia James
New York State Attorney General
By: Erin Mead, Of Counsel
Attorney for Defendant
NYS Trooper Brandon D. Smith
The Capitol
Albany, NY 12224
518-776-2721

By: John J. Jablonski, Esq.
Gerber Ciano Kelly Brady, LLP
Attorneys for Defendant
Arbitration Forums, Incorporated
599 Delaware Avenue
Suite 100
Buffalo, NY 14202
jjablonski@gerberciano.com
716-313-2082


By: Jason M. Bernheimer, Esq.
Keane & Bernheimer, PLLC
Attorneys for Defendants
PURE insurance and Susan Lynch
480 Bedford Road – Suite 3201
Chappaqua, NY 10514
jbernheimer@kbnylaw.com
914-345-0005


SO ORDERED:

                                                Hon. Thomas J. McAvoy
                                                United States District Judge

Dated: January ___, 2024