UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SALVATORE TANTILLO,

          *Plaintiff,*

-against-

NEW YORK STATE TROOPER BRANDON D. SMITH,
COMPLETE CLAIMS SERVICES, L.L.C FRANK AND
SON AUTOBODY, PURE INSURANCE, SUSANT
LYNC, ARBITRATION FORUMS, INC.,

          *Defendants.*

---

**DECLARATION OF SERVICE**

23-CV-1447

TJM/ML

  I, SHANNON BAUER, declare pursuant to 28 USC § 1746, that on January 11, 2024, I served the annexed **"So Ordered" Stipulation of Discontinuance** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Salvatore Tantillo
103 Auslander Road
Roscoe, NY 12776

Dated: Albany, New York
    January 11, 2024

                 *s/ Shannon Bauer*
                 Shannon Bauer