UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SALVATORE TANTILLO
        Plaintiff,

vs.

                                                    Civil Action No.
                                                    3:23-cm-1447
                                                    (TJM/ML)

PRUE Insurance, Susan Lynch,
        Defendants

    I am writing this court to respectfully request an extension of Pro Se plaintiff: Salvatore Tantillo deadline to respond to the Motion To Dismiss filed December 22, 2023 by PURE insurance and Susan Lynch, with an answer deadline of January 12, 2024 issued. Upon consent of the Court a requested answer deadline date of February 2, 2024

    The adjournment is needed to allow Pro Se Plaintiff: Salvatore Tantillo time to properly prepare a response.

    Pro Se Plaintiff: Salvatore Tantillo intends to respond to Arbitration Forums Motion within the extension of time granted by the Court. After review of (Dkt. #19) it is my understanding that deadline date was amended to January 16, 2024.

I thank the Court for its consideration.

                                                  Respectfully submitted.

                                                */s/ Sal-Tan*

Date:   January 4, 2024               Pro Se Plaintiff: Salvatore Tantillo
                                             103 Auslaner Rd.
                                             Roscoe NY 12776

S. Tantillo
103 Auslander Rd.
Roscoe NY 12776

ALBANY NY 120
4 JAN 2024  PM 1   FOREVER USA

Barn Swallow

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 11 REC'D

RECEIVED

JAN 11 2024

Att: one of two copys
United States District Court
Northern District of New York
Po Box 7367, 100 South Clinton St.
Syracuse NY 13261-7367

13261-736767

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 11 2024
AT____ o'clock____
John M. _____ Syracuse

SALVATORE TANTILLO
        Plaintiff,

vs.

                                                                                                  Civil Action No.
                                                                                3:23-cm-1447
                                                                                (TJM/ML)

PRUE Insurance, Susan Lynch,
        Defendants

    I am writing this court to respectfully request an extension of Pro Se plaintiff: Salvatore Tantillo deadline to respond to the Motion To Dismiss filed December 22, 2023 by PURE insurance and Susan Lynch, with an answer deadline of January 12, 2024 issued. Upon consent of the Court a requested answer deadline date of February 2, 2024

    The adjournment is needed to allow Pro Se Plaintiff: Salvatore Tantillo time to properly prepare a response.

    Pro Se Plaintiff: Salvatore Tantillo intends to respond to Arbitration Forums Motion within the extension of time granted by the Court. After review of (Dkt. #19) it is my understanding that deadline date was amended to January 16, 2024.

I thank the Court for its consideration.

                                                                         Respectfully submitted.
                                                                         *Sal-Tan* (signature)
Date:  January 4, 2024                       Pro Se Plaintiff: Salvatore Tantillo
                                                                         103 Auslaner Rd.
                                                                         Roscoe NY 12776

S. Tantillo
103 Auslander rd
Roscoe NY 12776

ALBANY NY 120
4 JAN 2024 PM 1

Att: Copy 2 of 2 copys
United States District Court
Northern District of New York
P.O. Box 7367, 100 South Clinton
Syracuse NY 13261-7367

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 11 REC'D

RECEIVED
JAN 11 2024

13261-736767