

# KEANE & BERNHEIMER, PLLC
480 BEDFORD ROAD, SUITE 3201, CHAPPAQUA, NEW YORK 10514-1715
PHONE: 914.345.0005 | FAX: 914.345.0811 | WEB: KBNYLAW.COM

January 11, 2024

**VIA ECF**
Hon. Thomas J. McAvoy
United States District Court for
 the Northern District of New York
PO Box 7367, 100 South Clinton Street
Syracuse, NY 13261-7367

      Re: Tantillo v. Arbitration Forums, Inc., et. al.
        Date of Loss: 5/27/2023
        File No.: 23-031/220353
        Docket No. 23-cv-2447 (TJM/ML)

Dear Judge McAvoy:

  This firm represents defendants, Privilege Underwriters Reciprocal Exchange (PURE) and Susan Lynch in connection with the above-referenced matter. I am in receipt via ECF only of plaintiff's application (ECF #24) to extend his time to serve and file opposition to our pending motion (ECF #14) until February 2, 2024. I do not object to plaintiff's application seeking an extension of time to oppose the motion.

  Please do not hesitate to contact me should you have any questions.

         Very truly yours,

         KEANE & BERNHEIMER, PLLC

         By: _____
         Jason M. Bernheimer (Bar No. 704961)

JMB:ms
cc: Salvatore Tantillo
   (via email: saleo2017@gmail.com)

   All Appearing Parties
   (via ECF)