UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 16 2024
AT_____ o'clock_____
John M. Domurad, Clerk - Syracuse

SALVATORE TANTILLO
        Plaintiff,

vs.

MOTION TO
Civil Action No.
3:23-cm-1447
(TJM/ML)

COMPLETE CLAIMS SERVICES L.L.C.,
FRANK ANS SON AUTOBODY,
PRUE INSURANCE, SUSAN LYNCH,
ARBITRATION FORUMS, INC.
        Defendants,

RESPONSE TO MOTIONS

Accordingly I will not be responding to motions to dismiss until all parties have been properly properly served.

Dated: JANUARY 12, 2024

Plantiff: Pro Se, Salvatore Tantillo

Sal—Tan

S Tantullo
103 auslander rd
Roscoe NY 12776

ALBANY NY 120

12 JAN 2024 PM 2 L

FOREVER USA



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 16 REC'D

RECEIVED

Clerk of Court
United States District Court
Northern District of New York
P.O. Box 7367, 100 South Clinton St.
Syracuse NY 13261-7367