U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 19 2024
AT_____O'CLOCK_____
John M. Domurad, Clerk  Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SALVATORE TANTILLO**
        Plaintiff,

vs.

**COMPLETE CLAIMS SERVICES L.L.C.,
FRANK ANS SON AUTOBODY,
PRUE INSURANCE, SUSAN LYNCH,
ARBITRATION FORUMS, INC.**
        Defendants,

MOTION TO
Civil Action No.
3:23-cm-1447
(TJM/ML)

## RESPONSE TO MOTIONS

On January 12, 2024, to the best of my knowledge I responded to the court's docket number 27, Text Order: U.S. Magistrate Judge Miroslav Lovric's demand to properly serve summons on each defendant by January 26, 2024. Along with courtesy copies to each defendant. The Pro Se Plantiff: Salvatore Tantillo's response has not been received by the court. Please accept this writing along with a copy of the original Response not reflected in the Docket of case 3:23-cv-1447as of today January 16, 2024.

Date: January 16, 2024

Plantiff: Pro Se Salvatore Tantillo

Sal-Tan-

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SALVATORE TANTILLO
        Plaintiff,

vs.

MOTION TO
Civil Action No.
3:23-cm-1447
(TJM/ML)

COMPLETE CLAIMS SERVICES L.L.C.,
FRANK ANS SON AUTOBODY,
PRUE INSURANCE, SUSAN LYNCH,
ARBITRATION FORUMS, INC.
        Defendants,

## RESPONSE TO MOTIONS

Accordingly I will not be responding to motions to dismiss until all parties have been properly served.

Dated: January 12, 2024

Plantiff: Pro Se, Salvatore Tantillo

*/s/ Sal Tan*