## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Northern District of New York



FILED
JAN 22 2024
AT _____ O'CLOCK _____
John M. Domurad, Clerk  Syracuse

**Salvatore Tantillo**

    Plaintiff(s),

VS.

Attorney: NONE

Salvatore Tantillo
103 Auslander Rd.
Roscoe NY 12776

**Arbitration Forums, Incorporated, et al**

    Defendant(s).


*309621*

**Case Number: 3:23-cv-01447-TJM-ML**

Legal documents received by Same Day Process Service, Inc. on **01/15/2024** at **2:47 PM** to be served upon **Complete Claims Services, by serving Perknic & Peknic, LLC at 1005 West Beech St., Long Beach, NY 11561**

I, **Amir Levy**, swear and affirm that on **January 16, 2024** at **3:33 PM**, I did the following:

Served **Complete Claims Services, by serving Perknic & Peknic, LLC** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint / Statement of Claim; Notice; General Order #25; Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to Sean W. Schaefer, Esq. as Authorized Agent of Complete Claims Services, by serving Perknic & Peknic, LLC at 1005 West Beech St. , Long Beach, NY 11561.

**Description of Person Accepting Service:**
Sex: Male Age: 50-60 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Amir Levy_
Amir Levy
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:309621

