U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Feb 14 - 2024
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SALVATORE TANTILLO
    Plantiff,

.
                                          Extension
                                          Civil Action No.
                                          3:23-cv-1447
                                          (TJM/ML)

COMPLETE CLAIMS SERVICES, L.L.C.
, etc....
    Defendants,

REQUEST FOR EXTENSION OF TIME TO PROPERLY SERVE
SUMMONS TO COMPLETE CLAIMS SERVICES

       The Plantiff is requesting the extension of time to serve Complete Claims Service, L.L.C., It has been brought to my attention after a review of the motion recently received Via. First class mail from Complete Claims Services. Please grant the extension of time so proper service can be made. Respectfully Salvatore Tantillo

Date: February 14,2024                                                                                 Plantiff: Pro Se, S/ Salvatore Tantill